Calvin **RHODES**, Plaintiff–Appellee, Cross–Appellant,

v.

**GUIBERSON OIL TOOLS**, a/k/a F.I.E., a/k/a Div. Dresser Ind. Inc., Defendant–Appellant, Cross–Appellee.

No. 92–3770.

United States Court of Appeals, Fifth Circuit.

March 16, 1995.

Thomas J. Lutkewitte, J. Paul Demarest, Favret, Demarest, Russo & Lutkewitte, New Orleans, LA, Felix J. Springer, Day, Berry & Howard, Hartford, CT, for appellant.

Joseph L. Waitz, Waitz & Downer, Houma, LA, for appellee.

Dori K. Bernstein, EEOC, Office of Gen. Counsel, Washington, DC, for amicus curiae.

ON PETITION FOR REHEARING AND SUGGESTION FOR REHEARING EN BANC

Before POLITZ, Chief Judge, KING, GARWOOD, JOLLY, HIGGINBOTHAM, DAVIS, JONES, SMITH, DUHÉ, WIENER, BARKSDALE, EMILIO M. GARZA, DeMOSS, BENAVIDES, STEWART and PARKER, Circuit Judges.

BY THE COURT:

A member of the Court in active service having requested a poll on the suggestion for

rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that this cause shall be reheard by the Court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.